

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2019

No. 04-19-00354-CV

**CUMBERLAND SURGICAL HOSPITAL OF SAN ANTONIO**, LLC; PSN Affiliates, LLC-
North Loop Series,
Appellants

v.

**CCA FINANCIAL, LLC,**
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI03676
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Pending before the court is Appellants' Motion to Supplement the Record in which appellants ask this court to supplement the appellate record with a declaration attached to their motion. As the appellee notes in its response and objection, "[t]his court must decide cases based on the appellate record as filed, and may not consider documents attached as appendices to briefs" or attached to motions filed on appeal. *Carter v. Ball*, No. 04-19-00194-CV, 2019 WL 5030227, at *2 n.4 (Tex. App.—San Antonio Oct. 9, 2019, no pet. h.) (citing *In re W.T.H.*, No. 04-16-00055-CV, 2017 WL 603649, at *1 n.1 (Tex. App.—San Antonio Feb. 15, 2017, no pet.); *Briggs v. Toyota Mfg. of Tex.*, 337 S.W.3d 275, 283 n.8 (Tex. App.—San Antonio 2010, no pet.)). Appellants' motion is DENIED.

It is so **ORDERED** on this 25th day of October, 2019.

PER CURIAM

ATTESTED TO: _____
LUZ ESTRADA,
Chief Deputy Clerk